[No. 6058-1.  Division One.  May 7, 1979.]

CLEMENT FITZGERALD, ET AL, *Respondents*, v.
MANUEL E. COSTA, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 138823, James Deno, J. Pro Tem., entered October 17, 1977. *Affirmed in part* and *reversed in*

*part* by unpublished opinion per Ringold, J., concurred in by Farris and Williams, JJ.